| Denver District Court<br>City & County of DENVER, Colorado<br>1437 Bannock St., Denver, CO 80202 | |
|---|---|
| | DATE FILED: September 26, 2013 1:07 PM |
| **AMBER HAIL**<br>Plaintiff(s)<br><br>v.<br><br>**STATE FARM MUTUAL AUTO INS. CO**<br>Defendant(s) | ▲  ▲<br>COURT USE ONLY<br>Case Number: **13CV33959** |
| | Division: **275**    Courtroom: **275** |
| **SHOW CAUSE ORDER** | |

THIS MATTER is before the Court sua sponte.

C.R.C.P. 16.1(b)(3) requires each civil action pleading filed at the District Court to include a completed Civil Case Cover Sheet (JDF 601). The party or attorney for the party filing the pleading must complete and file the current version of form JDF 601 (revised December 2011). The Plaintiff has been ordered to file a Civil Case Cover Sheet within seven (7) days on September 12, 2013.

The Plaintiff is hereby ORDERED to show cause in writing within **seven (7) days** of the date of this Order why the matter should not be dismissed for failure to file a completed Civil Case Cover Sheet. In the absence of such showing, the case will be dismissed without prejudice and without further notice.

Date: **September 26, 2013.**

BY THE COURT:

_C. [signature]_

R. Michael Mullins
District Court Judge



EXHIBIT J