**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-2670-WJM-KMT

AMBER HAIL,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal filed November 26, 2013 (ECF No. 13).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 26th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge